Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:19-mj-0014-JDP |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |
| KATHARINE PREWITT BUTLER, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Government Representative Susan St. Vincent, the legal officer for the National Park Service, and Defendant Katharine Butler, by and through her attorney of record, Carol Ann Moses, that the status conference in the above-captioned matter set for August 13, 2019 be continued to September 10, 2019, at 10:00 a.m. The Government representative has to be out of the area on August 13, 2019 for a medical appointment.

Dated: August 6, 2019        /S/ Susan St. Vincent
                             Susan St. Vincent, Legal Officer
                             Yosemite National Park

Dated: August 6, 2019         /S/ Carol A. Moses
                             Carol Ann Moses
                             Attorney for
                             Katharine Butler

1

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the August 13, 2019 status conference for Katharine Butler, Case *6:19-mj-0014-JDP*, is continued to September 10, 2019, at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 7, 2019

_____
UNITED STATES MAGISTRATE JUDGE