**CAROL ANN MOSES  #164193**
Attorney at Law
7636 N. Ingram Ave., #104
Fresno, California  93711
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530
carol@yosemitelawyer.com

Attorney for Defendant,
KATHARINE BUTLER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:19-mj-00014-JDP |
| Plaintiff, | STIPULATION AND REQUEST FOR RULE 43 WAIVER OF PERSONAL APPEARANCE AND FOR VIDEO CONFERENCE REGARDING CHANGE OF PLEA HEARING; ORDER THEREON |
| vs. | |
| KATHARINE BUTLER, | Date:   January 29, 2020 |
| | Time:  10:00 AM |
| Defendant. | Judge: Hon. Jeremy D. Peterson |

   **IT IS HEREBY STIPULATED** by and between the Defendant, KATHARINE

BUTLER, her attorney of record, CAROL ANN MOSES, and Legal Officer for the National Park

Service, SUSAN ST. VINCENT that, should the Court be in agreement, Ms. Butler be allowed to

appear via video conference from United States District Court in Oakland, California for the

Change of Plea Hearing in the above captioned matter. Pursuant to Federal Rule of Criminal

Procedure 43(b)(2), Ms. Butler, having been advised of her right to be present at all stages of

proceedings, respectfully requests this Court permit her to waive her right to personally appear for

her hearing regarding her Change of Plea. Ms. Butler agrees that her interests shall be represented

at all times by the presence of her attorney, Carol Moses, the same as if she were personally

present, and requests that this Court allow her attorney-in-fact to represent her interests at all

times. The government does not object to this request.

1    Ms. Butler is charged with one count of 36 CFR 2.35(b)(2) – possessing a controlled
2    substance without prescription, one count of 36 CFR 4.12(c) – exceeding the posted speed limit,
3    one count of 36 CFR 4.2 – driving a motor vehicle without a valid driver's license, and one count
4    of 18 USC 13 – possessing a device, instrument, or paraphernalia used for unlawfully injecting or
5    smoking a controlled substance.

6    Ms. Butler lives in San Francisco, California, works full time, and is in the middle of
7    Paralegal School at San Francisco State University, College of the Extended Learning, Paralegal
8    Studies Program. Ms. Butler has no criminal history. Ms. Butler appeared personally in Yosemite
9    National Park for the arraignment in this matter on April 2, 2019 and also for a status conference
10   on September 10, 2019.

11   To travel from Ms. Butler's current residence in San Francisco, California to Yosemite
12   National Park, is approximately a 6 hour and 34 minute round trip by car. Due to her work and
13   school schedule, she would require lodging and it would cost approximately $550.00 for a hotel.
14   Traveling to Yosemite National Park creates a personal hardship for Ms. Butler as the travel time
15   involved would be difficult due to her demanding Paralegal School schedule and also her full
16   time work schedule. Ms. Butler works flexible hours to accommodate her class schedule and pay
17   is less. Missing any days of work creates a financial burden for Ms. Butler and the risk of falling
18   behind in her studies.
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1       Ms. Butler respectfully requests that the Court grant a waiver of her right and obligation to

2 be personally present and that she be permitted to appear via video conference from the Ronald

3 V. Dellums Federal Building & United States Courthouse - U.S. District Court in Oakland,

4 California whose address is 1301 Clay Street, Oakland, California 94612, and whose phone

5 number is 510-637-3530, for his hearing regarding the Change of Plea Hearing on January 29,

6 2020 at 10:00 AM.

7

8 Dated: December 18, 2019           /s/ Carol Ann Moses

CAROL ANN MOSES

9                                               Attorney for Defendant,

KATHARINE BUTLER

10

11

12 Dated: December 18, 2019           /s/ Susan St. Vincent

SUSAN ST. VINCENT

13                                               Legal Officer

Yosemite National Park

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

The above request is denied.  Although travel to our court is inconvenient for some defendants, I generally require personal attendance at dispositive hearings by defendants residing within five hours' drive of the court.  Here, I do not find there to be justification for diverging from this general policy.

IT IS SO ORDERED.

Dated:    December 18, 2019

UNITED STATES MAGISTRATE JUDGE