| | |
|---|---|
| **CAROL ANN MOSES #164193** | |
| Attorney at Law | |
| 7636 N. Ingram Ave., #104 | |
| Fresno, California 93711 | |
| Telephone: (559) 449-9069 | |
| Facsimile: (559) 513-8530 | |
| carol@yosemitelawyer.com | |

Attorney for Defendant,
KATHARINE BUTLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:19-mj-00014-JDP |
| | ) | |
| Plaintiff, | ) | STIPULATION AND REQUEST FOR |
| | ) | CONTINUANCE OF CHANGE OF PLEA |
| | ) | HEARING; ORDER |
| vs. | ) | THEREON |
| | ) | |
| | ) | |
| KATHARINE BUTLER, | ) | |
| | ) | Date: February 25, 2020 (Proposed) |
| | ) | Time: 10:00 AM |
| Defendant. | ) | Judge: Hon. Jeremy D. Peterson |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the Defendant, KATHARINE BUTLER, her attorney of record, CAROL ANN MOSES, and Legal Officer for the National Park Service, SUSAN ST. VINCENT that the Change of Plea hearing in the above-captioned matter currently scheduled for January 29, 2020 at 10:00 AM be continued to February 25, 2020 at 10:00 AM. The government does not object to this request.

Ms. Butler lives in San Francisco, California, works full time, and is in the middle of Paralegal School at San Francisco State University, College of the Extended Learning, Paralegal Studies Program. Ms. Butler has no criminal history.

Due to her demanding Paralegal School schedule and also her full time work schedule, missing any days of school or work creates a financial burden for Ms. Butler and the risk of falling behind in her studies. Ms. Butler's Paralegal School semester, which includes classes and

an internship, is just beginning and traveling to Yosemite at the currently scheduled time will set her back just as she is beginning a new semester. Should the above-captioned matter be continued, Ms. Butler would be on a school-wide break at the time of the hearing which would allow her to travel to Yosemite without hardship.

    Ms. Butler respectfully requests that the Court grant a continuance of her Change of Plea hearing currently scheduled for January 29, 2020 at 10:00 AM to February 25, 2020 at 10:00 AM.

Dated: January 16, 2020          /s/ Carol Ann Moses
                                                   CAROL ANN MOSES
                                                   Attorney for Defendant,
                                                   KATHARINE BUTLER

Dated: January 16, 2020          /s/ Susan St. Vincent
                                                   SUSAN ST. VINCENT
                                                   Legal Officer
                                                   Yosemite National Park

| | |
|---|---|
| 1 | ORDER |
| 2 | |
| 3 | The above request to continue the Change of Plea hearing in Case No. 6:19-mj-00014-JDP to February 25, 2020 at 10:00 AM is hereby accepted and adopted as the order of this court. |

# ORDER

The above request to continue the Change of Plea hearing in Case No. 6:19-mj-00014-JDP to February 25, 2020 at 10:00 AM is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: January 17, 2020

_____
UNITED STATES MAGISTRATE JUDGE