Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 213-8743

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:19-mj-00014-JDP |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| KATHARINE PREWITT BUTLER, | |
| Defendant. | |

The Defendant having met all conditions of the Deferred Entry of Judgement, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

Dated: January 13, 2021     /S/ Sean O. Anderson
Sean O. Anderson
Legal Officer
Yosemite National Park

1

ORDER

Upon motions by United States filed January 13, 2021 (Doc. Nos. 17, 18) and for good cause shown, the Review Hearing scheduled for January 26, 2021 is vacated and the case *United States v. Butler*, case no. 6:19-mj-00014-JDP, is dismissed, in the interest of justice.

IT IS SO ORDERED.

Dated:   January 14, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE